UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY PROFFITT,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZARRAG, Warden,<br><br>    Respondent. | No. 2:20-cv-00667 KJM GGH P<br><br><br><br>ORDER |

This petition for writ of habeas corpus was denied on June 16, 2020 and judgment entered accordingly. Petitioner's filing, entitled Application for Leave to File Second Successive Writ Petition, filed on June 22, 2020, does not appear to be one contemplated by 28 U.S.C section 2244(b), the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. See ECF No. 22. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

Dated: June 29, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1